# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

RECEIVED
JAN 31 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## Request for Early Termination of Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Napoleon White | Docket No.: | CR 05-00386-01 CW |

Name of Sentencing Judge:   Anthony W. Ishii
United States District Judge

Date of Original Sentence:   February 1, 1999

FILED
FEB - 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Original Offense:
Count One: Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1), a Class A felony.

Original Sentence: Ninety-Seven (97) months custody, forty-eight (48) months supervised release
Special Conditions: Special assessment $100; alcohol treatment; no alcohol; search; no possession of a cellular phone or paging device without permission.

On June 8, 2005, jurisdiction was transferred from the Eastern District of California to the Northern District of California.

Prior Form(s) 12: May 12, 2005, the Honorable Anthony W. Ishii, took judicial notice that the offender violated his supervised release by testing positive for cocaine. The offender denied any illegal drug usage.

On August 9, 2005, the Court took judicial notice that the offender violated his supervised release by testing positive for opiates. The offender admitted using his mother's prescription cough medicine.

Type of Supervision: Supervised Release       Date Supervision Commenced: May 28, 2004
Assistant U.S. Attorney: Not assigned                 Defense Counsel: Not assigned

### Petitioning the Court

Petitioning the Court to consider the offender for early termination of supervision.

### Cause

The offender has been on supervision for approximately 30 months. In that time, barring one positive test for cocaine, and another for opiates, the offender has performed well. Both of these

NDC-SUPV-FORM 12B(2) 01/13/06

Napoleon White                                                                                          Page 2
CR 05-00386-01

positive tests took place over a year ago. He is receiving disability income and has not had any new law enforcement contact.

While the offender was a part of a large drug conspiracy, the probation officer who conducted the presentence investigation determined that the offender played a minor role in the offense, as compared to his co-conspirators. Based on the offender performance on supervision, it is felt that the offender is an appropriate candidate for early termination from supervision, and thus it is so recommended.

Assistant U.S. Attorney, Deborah Douglass has been notified of this petition and she has no objections.

Address of offender:        925 105th Ave
                            Oakland, CA  94603

Respectfully submitted,                              Reviewed by:

_____                      _____
Nicole M. Fairchild                                  Robert E. Tenney
U.S. Probation Officer                               Supervisory U.S. Probation Officer

Date Signed: January 26, 2007

---

THE COURT ORDERS:
☒ Early termination of supervision granted
☐ Early termination of supervision denied
☐ Other:


FEB - 1 2007
_____                     _____
Date                                                 The Honorable Claudia Wilken
                                                     United States District Judge


NDC-SUPV-FORM 12B(2) 01/13/06